UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>ACACIA RESEARCH GROUP, LLC, formerly known as ACACIA PATENT ACQUISITION LLC,<br><br>　　　　　　　Defendant. | Case No.: 15 CV 3419 (VSB) (AJP)<br><br>ECF Case |

---

## DEFENDANT ACACIA RESEARCH GROUP, LLC'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Acacia Research Group, LLC makes the following Corporate Disclosure Statement:

1.　　Acacia Research Group, LLC is a wholly owned subsidiary of Acacia Research Corporation, a publicly traded company listed on NASDAQ as "ACTG."

Dated:  June 25, 2015　　　　By: */s/ Neal H. Klausner*
　　　　　　　　　　　　　　　　**DAVIS & GILBERT LLP**
　　　　　　　　　　　　　　　　Michael C. Lasky
　　　　　　　　　　　　　　　　　mlasky@dglaw.com
　　　　　　　　　　　　　　　　Neal H. Klausner
　　　　　　　　　　　　　　　　　nklausner@dglaw.com
　　　　　　　　　　　　　　　　1740 Broadway
　　　　　　　　　　　　　　　　New York, NY  10019
　　　　　　　　　　　　　　　　Telephone: (212) 468-4800
　　　　　　　　　　　　　　　　Facsimile: (212) 468-4888

**STRADLING, YOCCA, CARLSON, & RAUTH, P.C.**
Marc J. Schneider, CA State Bar No. 214609
  mschneider@sycr.com
Travis P. Brennan, CA State Bar No. 238119
*[Will Seek Admission Pro Hac Vice]*
  tbrennan@sycr.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendant Acacia Research Group, LLC

## CERTIFICATE OF SERVICE

I certify that on June 25, 2015, the foregoing document:

**DEFENDANT ACACIA RESEARCH GROUP, LLC'S RULE 7.1 STATEMENT**

was served on all parties or their counsel of record through the CM/ECF system.

*s/ Marc J. Schneider*
Marc J. Schneider