# EXHIBIT A

## TO THE DECLARATION OF MATTHEW VELLA ISO ACACIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**REDACTED IN ITS ENTIRETY**