# EXHIBIT C



ACACIA0001224

March 9, 2010

Jung-Hyuk Shin
Head of Intellectual Property Management Department
ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE
161 Gajeongdong
Yuseong-gu
Daejeon 305-350 KOREA

Dear Mr. Shin:

Pursuant to Sections 1.2 and 1.3 of the Exclusive License Agreement effective January 24, 2010, we have performed our due diligence investigation and have determined that all the Patents are acceptable. Therefore, the Agreement shall continue with full force and effect.

We look forward to working with you.

Regards,

Dooyong Lee
Executive Vice President

500 Newport Center Drive, 7th Floor, Newport Beach, CA 92660
949.480.8308   949.480.8379 (fax)
email: clients@acaciares.com   www.acaciatechnologies.com

Confidential