# EXHIBIT E

**To:**        Jonathan Taub[jtaub@acaciares.com]
**Cc:**        Matthew Vella[mvella@acaciares.com]
**From:**      조중원
**Sent:**      Thur 4/15/2010 5:57:12 AM
**Importance:**            Normal
**Subject:**   RE: ETRI-APAC agreement #2 ready for signatures
**Received:**              Thur 4/15/2010 5:57:31 AM

Hi Jonathan,

Thank you for the good talking today.

As for the added section 4.3, I completely understood your background . But, I think it might delay the process of getting approval of our President even though it does not impact anything. In per Agreement, APAC will have exclusive right to grant sublicence except the companies of Exhibit A/C. Accordingly, I don't think we need to include the 4.3 in the agreement. Practically, if you don't want to enforce against some companies, ETRI will have no way to enforce againt them.  The case you are concerned about will never happen.

If you really want to add it, I think you need to list the companies have an preexisting agreement with APAC in Exhibit D as we do in Exhit C. Moreover, we have to make our outside counsel review the added section according to our internal procedure. It is not our preference.

Best Regards,

=======================================================

Joong-Won Cho

Patent Counsel

Intellectual Property Management Team

Electronics and Telecommunications Research Institute(ETRI)

161 Gajeong-dong, Yuseong-gu, Daejeon, 305-350, KOREA

Tel : +82 42 860 0757, Mobile : +82 10 2737 8310, Fax : +82 42 860 3831

=======================================================

-----원본 메시지-----
**From:** "Jonathan Taub" <jtaub@acaciares.com>
**From Date:** 2010-04-15 오전 5:02:00
**To:** 조중원 <jjwon@etri.re.kr>
**Cc:** "Matthew Vella" <mvella@acaciares.com>
**Subject:** RE: ETRI-APAC agreement #2 ready for signatures

Joong-Won ? attached is agreement #2 ready for ETRI signature.? You'll note in the attached redline version thereof that we accepted all your edits, and added a new 4.3, which we'll need in our agreements going forward.? It doesn't impact anything here:? let's discuss in our call today.

Thanks, Jon

From: 조중원 [mailto:jjwon@etri.re.kr]
Sent: Wednesday, April 14, 2010 6:55 AM
To: Matthew Vella
Cc: Jonathan Taub
Subject: Re: ETRI-APAC agreement #2 ready for signatures

Thanks Matt,

Look forward to speaking with you tomorrow.

Sent from iPhone

2010. 4. 14. 오전 2:36 "Matthew Vella" <mvella@acaciares.com> 작성:

> Dear Joong-Won, please see my inline comment below. Best regards, Matt.
>
> From: Jonathan Taub
> Sent: Tuesday, April 13, 2010 12:22 AM
> To: 조중원; Matthew Vella
> Cc: 김길원
> Subject: RE: ETRI-APAC agreement #2 ready for signatures
>
> Hi Joong-Won: good catch re: your 2.1 edit. Your other edit seems fine. I'll send you hopefully by this Tuesday end of day my time a revised clean copy for ETRI to sign.



natural ▮▮▮ patents ▮▮ agreements ▮ -2, ▮▮▮▮▮

Best, Jon

From: 조중원[mailto:jjwon@etri.re.kr]
Sent: Monday, April 12, 2010 3:35 AM
To: Jonathan Taub
Cc: 김길원
Subject: RE: ETRI-APAC agreement #2 ready for signatures

Hi Jonathan,

Minor changes to agreement.  I changed the patent number in section 2.1(e.g US patent number 5555326--> 6081297), and deleted a null cell( 5th cell) in foreign patent & application of page 16. I think that the internal procedure will be completed by this week.

Also, I have a question for clarification. We are going to have two separate agreement. Does that mean that you will put 4 patents into a different bucket from the 49 patents of the previous agreement, and run two independent licensing program of our patents?*[Matthew Vella]*Yes, we will have at least two separate buckets.  Moreover, we will probably have 4 separate buckets since I am thinking of splitting the first 49 patents into three buckets.  We can discuss this further during our call tomorrow.

Best Regards,

======================================================

Joong-Won Cho

Patent Counsel

Intellectual Property Management Team

Electronics and Telecommunications Research Institute(ETRI)

161 Gajeong-dong, Yuseong-gu, Daejeon, 305-350, KOREA

Tel : +82 42 860 0757, Mobile : +82 10 2737 8310, Fax : +82 42 860 3831

======================================================

-----원본메시지-----
From: "Jonathan Taub" <jtaub@acaciares.com>
From Date: 2010-04-03 오전12:54:40
To: 조중원<jjwon@etri.re.kr>
Cc: 김길원<kwkim@etri.re.kr>

Confidential                                                                                    ACACIA0001840

Thanks Joong-Won: we accepted all your changes and attached is the clean copy for you all to sign. Please print out, have signed and scan/email to me attached when your internal procedure you mention is complete; I'll then FedEx you hardcopies to have signed.

Best, Jon

---

From: 조중원 [mailto:jjwon@etri.re.kr]
Sent: Thursday, April 01, 2010 9:39 PM
To: Jonathan Taub
Cc: 김길원
Subject: RE: ETRI-APAC agreement #2 ready for signatures

Dear Jonathan,

Please see the attached. I corrected patent list in Exhibit B. Besides this, we have no other comment regarding the agreement. We are expecting that all internal procedure will be finished in the middle of this month. I will inform you when we are finally ready for signing up the agreement.

Best Regards,

========================================================

Joong-Won Cho

Patent Counsel

Intellectual Property Management Team

Electronics and Telecommunications Research Institute(ETRI)

161 Gajeong-dong, Yuseong-gu, Daejeon, 305-350, KOREA

Tel : +82 42 860 0757, Mobile : +82 10 2737 8310, Fax : +82 42 860 3831

========================================================

-----원본메시지-----
**From:** "Jonathan Taub" <jtaub@acaciares.com>
**From Date:** 2010-03-16 오전9:40:24
**To:** 조중원<jjwon@etri.re.kr>
**Cc:** 김길원<kwkim@etri.re.kr>
**Subject:** ETRI-APAC agreement #2 ready for signatures

Joong-Won: attached is our agreement #2 ready for ETRI signature: we used our agreement #1, and made the few tweaks below (indicated in redline/attachment #1). Please confirm everything looks OK here, and then ? like last time ? print out and sign two copies of attached clean copy (attachment #2), scan/email one of those to me for our immediate countersignature, and FedEx the originals to us for countersignature. We'll then be in touch re: next steps.

1. **Patents:** (listed in Exhibit B) are those below. All of these are owned outright by ETRI, so we eliminated from our prior agreement references to jointly owned patents:

   | | | |
   |---|---|---|
   | US | 6081297 | MPEG-2 encoder pre-processor for processing SDTV video and HDTV split picture video |
   | US | 6330527 | Apparatus and method for modeling frameworks via use of object-oriented analysis information |
   | US | 6707851 | Method for objects segmentation in video sequences by object tracking and user assistanc |
   | US | 7139927 | Journaling and recovery method of shared disk file system |

2. **Investigation Period:** 30 days, not 60 days

3. **Signatures:** for ETRI, we left the title as is but left the name blank (we assume Mr. Kim will sign, but you should confirm); for us to be determined which of our management signs

4. **Exhibit C ("Existing Agreements"):** we took out ▮▮▮▮▮▮▮▮▮▮▮▮ per your email below.

Thanks, Jon

**From:** Jonathan Taub
**Sent:** Wednesday, March 10, 2010 8:19 PM
**To:** 조중원
**Cc:** Marc Booth; 김길원

Confidential
ACACIA0001842

Subject: RE: existing agreements re: additional ETRI patents (for our agreement #2) ?

OK, Thanks!

---

From: 조중원[mailto:jjwon@etri.re.kr]
Sent: Wednesday, March 10, 2010 8:15 PM
To: Jonathan Taub
Cc: Marc Booth;김길원
Subject: RE: existing agreements re: additional ETRI patents (for our agreement #2) ?
Importance: High

Jonathan,

███████████████████████████████████████

Thank you.

Best Regards,

========================================================

Joong-Won Cho

Patent Counsel

Intellectual Property Management Team

Electronics and Telecommunications Research Institute(ETRI)

161 Gajeong-dong, Yuseong-gu, Daejeon, 305-350, KOREA

Tel : +82 42 860 0757, Mobile : +82 10 2737 8310, Fax : +82 42 860 3831

========================================================

-----원본메시지-----
**From:** "Jonathan Taub" <jtaub@acaciares.com>
**From Date:** 2010-03-11 오후12:58:13
**To:** 조중원<jjwon@etri.re.kr>

Confidential                                                                                                                          ACACIA0001843

**Cc:** "Marc Booth" <mbooth@acaciares.com>
**Subject:** existing agreements re: additional ETRI patents (for our agreement #2) ?

Joong-Won:  as we prepare our agreement #2 (based on our agreement #1) for the additional ETRI patents below, can you please clarify which of the "Existing Agreements", if any, listed in Exhibit C of agreement #1 apply to these additional patents?  Presumably the ▮▮▮▮▮▮▮▮▮▮▮▮ agreement does not apply, correct?  What about the ▮▮▮▮▮▮▮▮▮▮▮▮ Agreements?

Thanks, Jon

| | | |
|---|---|---|
| US | 6081297 | MPEG-2 encoder pre-processor for processing SDTV video and HDTV split picture video |
| US | 6330527 | Apparatus and method for modeling frameworks via use of object-oriented analysis information |
| US | 6707851 | Method for objects segmentation in video sequences by object tracking and user assistanc |
| US | 7139927 | Journaling and recovery method of shared disk file system |

<image001.png>

<image002.jpg>