# EXHIBIT B

ORGANIZATIONAL CHART FOR ACACIA'S SECOND REVISED PRIVILEGE LOG

APRIL 17, 2018

| Name and Email | Title in 2009 (or date hired) | Title Change & Date | Department | Report |
|---|---|---|---|---|
| Amy Pearson, Esq. [apearson@acaciares.com] | 5/24/2006 - Director of Operations | 1/17/2010 - VP of Engineering, employment ended 2/6/2012 | Engineering Department; Contracts Department | Bob de Piro - VP Engineering; Darren Miller, Esq., VP, Contracts Department |
| Annie LeBlanc, Esq. [aleblanc@acaciares.com] | 5/6/2011 - Sr. Contracts Attorney | 2/20/2013 - Director, Contracts, employment ended 9/11/2015 | Contracts Department | Darren Miller, Esq., VP, Contracts Department |
| Brad Botsch, Esq. [bbotsch@acaciares.com] | 12/26/2007 - VP | employment ended 8/6/2012, no title change | Licensing Department | Paul Ryan, CEO |
| Curtis Dodd, Esq. [cdodd@acaciares.com] | 5/12/2011 - VP, Engineering Analytics & Asset Evaluation | 1/17/2012 - VP, Licensing, employment ended 2/11/2016 | Licensing Department | Robert Harris, President or Paul Ryan, CEO |
| Darren Miller, Esq. [dmiller@acaciares.com] | 3/20/2010 - VP, Contracts | 1/12/2016 - SVP | Contracts Department | Edward Treska, Esq., SVP, General Counsel (ARG) |
| David Rosmann, Esq. [drosmann@acaciares.com] | 10/17/2011 - SVP | 5/5/2014 - EVP Strategic Planning, employment ended 2/17/2016 | Licensing Department | Marvin Key - CEO, ARG; Matthew Vella, President & CEO ARC |
| Edward Treska, Esq. [ETreska@acaciares.com] | 4/12/2004 - VP, Licensing | 2007 - GC & Secretary; 10/18/2011 -SVP | Licensing Department; Office of General Counsel | Paul Ryan, CEO, until 2013; Matthew Vella, President & CEO of ARC, until 2015 |
| Hiro Seki, Esq. [hseki@acaciares.com] | 7/8/2013 - SVP | Empolyment ended 3/31/2017 - no title change | Business Development | Jon Taub, SVP, Business Development until 2015; Alfredo Lezama, EVP, Business Development 2015 - 2016 |
| Holly Hernandez, Esq. [hhernandez@acaciares.com] | 3/12/2012 - Director of Licensing | 1/12/2016-Sr VP | Licensing Department | Paul Ryan, CEO until 2013; David Rosmann, Esq. until 2016; Edward Treska, Esq. - present |
| Jonathan Taub, Esq. [jtaub@acaciares.com] | 7/2/2007 - VP | 10/4/2010 - Sr. VP, employment ended 11/19/2014 | Business Development | Paul Ryan, CEO until 2013; Matthew Vella until 2015 |
| Marc Frechette, Esq. [mfrechette@acaciares.com] | 11/27/2006 - Director, Business Development | 10/18/2011-Sr VP, employment ended 4/9/2013 | Licensing Department | Paul Ryan, CEO |
| Matthew Vella, Esq. [mvella@acaciares.com] | 11/13/2006 - VP Licensing | 10/23/2007 - Sr VP, 10/18/2011 - EVP, 9/5/2012 - President, 8/1/2013 - CEO & President, employment ended 12/21/2015 | Licensing Department | Paul Ryan until 2013 |
| Michael Kim, Esq. [mkim@acaciares.com] | Contracts Attorney until August 2015 | employment ended August 2015, consultant 2015 - present | Contracts Department | Darren Miller, SVP, Contracts Department |
| Paul Bawel, Esq. [pbawel@acaciares.com] | 9/28/2012 - VP | Employment ended 7/17/2015, no title change | Business Development | Jon Taub, SVP, Business Development |
| Steve Wong, Esq. [swong@acaciares.com] | 3/9/2009 - VP Licensing/ Business Development | employment ended 8/30/2013 - no title change | Licensing & Business Development Departments | Robert Harris then David Rosmann |
| Tisha Stender, Esq. [tstender@acaciares.com] | 6/2/2005 - Director Licensing | 9/6/2005 - VP Licensing, 10/18/2011 - Sr VP, employment ended 5/6/2014 | Licensing Department | Paul Ryan until 2013; Matthew Vella until 2014 |