

**Mioko C. Tajika**

April 11, 2019

Writer's Direct Dial: (212) 907-9622
E-Mail: mtajika@ingramllp.com

## VIA ECF

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Electronics and Telecommunications Research Institute v. Acacia Research Group, LLC*, **Civil Action No. 15-3419 (VSB)**

Dear Judge Broderick:

    We represent plaintiff Electronics and Telecommunications Research Institute in the above-referenced action. In its March 18, 2019 order, the Court administratively discontinued this action and imposed a deadline of April 17 to make an application to restore the action to the Court's docket. Currently, the parties are still working on the settlement agreement, which may not be finalized before the April 17 deadline. Accordingly, the parties respectfully request that the Court extend the deadline to make an application to restore the action for an additional 30 days, which should provide sufficient time for the parties to complete the settlement agreement.

    This is the first request for an extension, and counsel for defendant Acacia Research Group, LLC consents to this request.

    Respectfully,

    s/ Mioko C. Tajika
    Mioko C. Tajika

cc:    Counsel of record